UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALISON COEN,

                    Plaintiff,

        v.

THE PNC FINANCIAL SERVICES
GROUP, INC. and PNC BANK NA,

                    Defendants.

No. 26 CV 3166 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The parties are advised that the firm in which my husband used to be a partner, Cahill Gordon & Reindel LLP, represents PNC Bank.  He is no longer a partner of the firm and never worked on any PNC matters.

**SO ORDERED.**

Dated:    April 22, 2026
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1